UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Subranni Zauber LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000 : Fax (609) 345-4545
Attorneys For Debtor

---

In Re:

Angela R. Thomas

Case No.:  _____20-22347_____

Judge:  _____Poslusny, Jr._____

Chapter:  13

---

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by  ___Nissan Motor Acceptance___ ,
creditor,

A hearing has been scheduled for  ___January 26, 2021___ , at _11:00AM_ .


☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for  _____ , at _____.


☐ Certification of Default filed by  _____ ,

I am requesting a hearing be scheduled on this matter.


2.  I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____ , but have not
been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:
Payments were returned from creditor to debtor.  Counsel for debtor is holding
funds in the amount of $818.00 for immediate payment.  Debtor to start making
regular monthly payments February 2021.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: <u>January 14, 2021</u>                          /s/ Angela R. Thomas

                                                        Debtor's Signature

Date: _____          _____

                                                        Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*