| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Nissan Motor Acceptance Corporation* |
| In re:<br><br>Angela R. Thomas,<br><br>                                          Debtor. |

Chapter: 13

Case No.: 20-22347-JNP

Hearing Date: January 26, 2021

Judge Jerrold N. Poslusny, Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Settled.**

Matter: **Motion to Vacate Automatic Stay** (Doc. No. 23).

Dated: January 25, 2021

Stewart Legal Group, P.L.
Attorney for Nissan Motor Acceptance Corporation

By:    */s/Gavin N. Stewart*
       Gavin N. Stewart