| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L**.  *Formed in the State of Florida*  Gavin N. Stewart, Esq.  *Of Counsel to Bonial & Associates, P.C.*  401 East Jackson Street, Suite 2340  Tampa, FL 33602  Tel: 813-371-1231/Fax: 813-371-1232  E-mail: gavin@stewartlegalgroup.com  *Attorney for Creditor* |
| In re:  Angela R. Thomas,  Debtor. |

Order Filed on January 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 20-22347-JNP

Hearing Date: January 26, 2021

Judge Jerrold N. Poslusny, Jr.

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 26, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:            Angela R. Thomas
Case No.:          20-22347-JNP
Caption of Order:  **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Creditor"), and whereas the post-petition arrearage was $1,013.94 as of January 20, 2021, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **2015 Nissan Sentra; VIN: 3N1AB7AP5FY267848** ("Property") provided that the Debtor complies with the following:

    a. On or before February 3, 2021, the Debtor shall remit a lump sum payment in the amount of $818.00 directly to Creditor;

    b. On or before February 11, 2021, the Debtor shall cure the post-petition arrearage remaining after receipt of the lump sum above namely, $195.94 by making a lump sum payment directly to Creditor; and

    c. The Debtor shall also resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the February 11, 2021 payment and continuing thereon per the terms of the underlying loan; and

    d. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

3. All payments due hereunder shall be sent directly to Creditor at the following address: **Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, Texas 75266-0366**.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Jeanie D. Wiesner* | */s/ Gavin N. Stewart* |
| Jeanie D. Wiesner, Esq. | Gavin N. Stewart, Esq. |
| Subranni Zauber | Stewart Legal Group, P.L. |
| 1624 Pacific Ave. | 401 East Jackson Street, Suite 2340 |
| Atlantic City, NJ 08401 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |