UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Angela R. Thomas,

                          Debtor.

Order Filed on January 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 20-22347-JNP

Hearing Date: January 26, 2021

Judge Jerrold N. Poslusny, Jr.

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 26, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:    Angela R. Thomas
Case No.:   20-22347-JNP
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE
AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic

Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Creditor"), and whereas the

post-petition arrearage was $1,013.94 as of January 20, 2021, and whereas the Debtor and Creditor

seek to resolve the Motion, it is hereby **ORDERED**:

1.  The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Movant's interest in the following property: **2015 Nissan Sentra; VIN: 3N1AB7AP5FY267848**

("Property") provided that the Debtor complies with the following:

  a. On or before February 3, 2021, the Debtor shall remit a lump sum payment in the
    amount of $818.00 directly to Creditor;

  b. On or before February 11, 2021, the Debtor shall cure the post-petition arrearage
    remaining after receipt of the lump sum above namely, $195.94 by making a lump
    sum payment directly to Creditor; and

  c. The Debtor shall also resume making the regular contractual monthly payments
    directly to Creditor as each becomes due, beginning with the February 11, 2021
    payment and continuing thereon per the terms of the underlying loan; and

  d. Remain current on all post-petition payment obligations, as well as all payments
    being paid through the Chapter 13 Plan.

2.  The Debtor will be in default under the Consent Order in the event that the Debtor

fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the

Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

3.      All payments due hereunder shall be sent directly to Creditor at the following

address: **Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, Texas 75266-0366**.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default,

Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with

respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Jeanie D. Wiesner* | */s/ Gavin N. Stewart* |
| Jeanie D. Wiesner, Esq. | Gavin N. Stewart, Esq. |
| Subranni Zauber | Stewart Legal Group, P.L. |
| 1624 Pacific Ave. | 401 East Jackson Street, Suite 2340 |
| Atlantic City, NJ 08401 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-22347-JNP

Angela R. Thomas                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                                  Page 1 of 1

Date Rcvd: Jan 27, 2021               Form ID: pdf903                           Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

**Recip ID**                    **Recipient Name and Address**
db                              Angela R. Thomas, 1684 Tomahawk Ct, Vineland, NJ 08361-7432

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021                       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Denise E. Carlon
         on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
         on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

Isabel C. Balboa
         on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
         ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeanie D. Wiesner
         on behalf of Debtor Angela R. Thomas jwiesner@subranni.com  dhoff@subranni.com;cwild@subranni.com;tom@subranni.com

Michael R Hahn
         on behalf of Creditor Homeowners Association of Spring Hollow mhahn@srnjlawfirm.com

U.S. Trustee
         USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7