**EXHIBIT A**                    SUBSTITUTION OF ATTORNEY LIST

| DATE FILED | CASE# | CLIENT |
|---|---|---|
| 6/3/16 | 16-20898/CMG | MICHAEL MURRAY |
| 12/13/19 | 19-33143/CMG | DAVID & GEORGENE NATHAN |
| 10/1/18 | 18-29577/JNP | RICHARD & GRAZIA NEWELL |
| 8/1/18 | 18-25358/JNP | OSIRIS PADILLA |
| 11/5/17 | 17-32435/ABA | HECTOR PALACIO |
| 8/22/19 | 18-33967/JNP | VIRGINIA PALMERO *CONV FROM CH 7 |
| 3/12/17 | 17-14825/JNP | FLORENTINO PARKER |
| 9/1/20 | 20-20215/MBK | JEFFREY PHILHOWER |
| 4/1/18 | 18-16452/JNP | ALISON PITTMAN |
| 5/2/19 | 19-19032/JNP | HERMINIA RAMOS |
| 11/9/17 | 17-32703/JNP | SHARON REED |
| 10/1/18 | 18-29534/JNP | FREDERICK & THERESA RIESS |
| 2/27/18 | 18-13812/ABA | LISETTE SANTIAGO-OWENS |
| 5/21/20 | 19-29423/JNP | MARIA SALVANI *CONV FROM CH 7 |
| 2/5/17 | 17-12236/JNP | ROBERT & LISA SCHALL |
| 2/19/18 | 18-13201/JNP | ROBERT & PATRICIA SCHENKEL |
| 11/29/17 | 17-31859/JNP | STEVEN & ROSE SCOTT |
| 2/3/20 | 20-11791/CMG | CHRISTOPHER SCULLY |
| 4/6/20 | 20-15350/JNP | ERICA SHABAZZ |
| 5/4/18 | 18-19202/ABA | NORMAN SOLOMON |
| 4/1/19 | 19-16623/MBK | CHARLES & SANDRA STEGURA |
| 11/1/17 | 17-32259/JNP | GILBERT STILL |
| 9/10/17 | 17-28374/JNP | VERONA TALLY |
| 4/1/17 | 17-16623/JNP | PETER & SHAWN TAVARES |
| 11/2/20 | 20-22347/JNP | ANGELA THOMAS |