## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

SADEK & COOPER
1315 Walnut Street, Ste 502
Philadelphia, PA 19107
(215) 545-0008
Attorneys for Debtors

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Angela R. Thomas | : | |
| | : | CASE NO.  20-22347 (JNP) |
| | : | HEARING DATE: August 31, 2021  @ 11:00 am |
| | : | ORAL ARGUMENT WAIVED |

## NOTICE OF MOTION TO APPROVE MORTGAGE MODIFICATION

TO:

United States Trustee's Office
One Newark Center, Suite 2100
Newark, NJ 07102

Isabel C. Balboa
Chapter 13 Standing Trustee
535 Route 38, Ste 580
Cherry Hill, NJ 08002

MidFirst Bank
Attn: Agent/General Agent/Bankruptcy Dept/President
999 NorthWest Grand Blvd.
Oklahoma City, OK 73118

MidFirst Bank
C/O KML Law Group
701 Market St., Ste 5000
Philadelphia, PA 19106

PLEASE TAKE NOTICE that on August 31, 2021 at 11:00 am in the forenoon, or as soon

thereafter as counsel may be heard, the undersigned attorney for Debtor(s) will move before the

Honorable Judge Jerrold N. Poslusny, United States Bankruptcy Judge, United States Bankruptcy

Court, 400 Cooper Street, Camden, NJ 08101, Courtroom 4C, for an ORDER APPROVING

MORTGAGE MODIFICATION.

PLEASE TAKE FURTHER NOTICE that if you contest this motion, you must appear in Court on the date noted above AND you are further required to file with the Court and serve on the undersigned a written response no later than seven (7) days prior to the hearing date set forth herein.

Pursuant to the D.N.J. LBR 9013-2, the undersigned counsel certifies that no brief is required, as the issues are primarily factual and the facts necessary to rule on this motion have been set forth in the attached Certification. Counsel further requests that this matter be heard on the papers unless the Court requests oral argument.

Sadek and Cooper Law
Attorneys for Debtor(s)

Dated: July 29, 2021                    /s/ Jeanie D. Wiesner
                                        Jeanie D. Wiesner, Esq.