Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−22347−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela R. Thomas
   1684 Tomahawk Ct
   Vineland, NJ 08361−7432

Social Security No.:
   xxx−xx−8066

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 4, 2021.

Dated: November 4, 2021
JAN: kvr

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Angela R. Thomas  
    Debtor

Case No. 20-22347-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Nov 04, 2021      Form ID: plncf13      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela R. Thomas, 1684 Tomahawk Ct, Vineland, NJ 08361-7432 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| 519011601 | | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519011602 | | Atlantic Medical Imaging, LLC, PO Box 1564, Indianapolis, IN 46206-1564 |
| 519011603 | | Atlanticare Regional Medical Center, Jimmie Leeds Rd., Pomona, NJ 08240-0000 |
| 519011604 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, POB 982235, El Paso, TX 79998-2235 |
| 519011605 | | CBE Grou, PO Box 2217, Waterloo, IA 50704-2217 |
| 519011606 | | CIty Of Vineland, PO Box 1508, Vineland, NJ 08362-1508 |
| 519011608 | | HOA of Spring Hollow, 36 S Main St, Pleasantville, NJ 08232-2728 |
| 519019441 | + | Homeowners Association of Spring Hollow, c/o Simeone & Raynor, LLC, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 519012679 | | Mildred Green, 56 Columbia Ave, Vineland, NJ 08360-4845 |
| 519011617 | + | NRS, 545 W Inman St, Cleveland, TN 37311-1768 |
| 519011614 | | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519011616 | | Nissan Motor Acceptance, PO Box 660366, Dallas, TX 75266-0366 |
| 519040121 | + | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519011618 | + | Pinnacle Realty Service, 151 Fries Mill Rd Ste 502, Turnersville, NJ 08012-2078 |
| 519011619 | | Rickart Collection Systems, Inc., PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519011620 | | Robert M. Brown, Court Officer, PO Box 2355, Vineland, NJ 08362-2355 |
| 519011621 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 519011623 | | Simeone & Raynor, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 519011624 | + | South Jersey Gas, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 519011625 | + | The Landis Sewerage Authority, 1776 S Mill Rd, Vineland, NJ 08360-6200 |
| 519011626 | + | Veripro Solutions, Imnc., PO Box 3572, Coppell, TX 75019-5538 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Nov 04 2021 20:32:01 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519011607 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2021 20:32:03 | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 519011609 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2021 20:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519011611 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 04 2021 20:32:01 | JMPCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 519011612 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 20-22347-JNP    Doc 49    Filed 11/06/21    Entered 11/07/21 00:11:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: plncf13 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 04 2021 20:28:00 | KOHLS Department Store, POB 3115, Milwaukee, WI 53201-3115 |
| 519057564 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Nov 04 2021 20:32:08 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519011613 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Nov 04 2021 20:32:14 | Midland Mortgage Co., POB 268959, Oklahoma City, OK 73126-8959 |
| 519011615 | | Email/Text: paula.tilley@nrsagency.com | Nov 04 2021 20:28:00 | Nationwide Recovery, POB 8005, Cleveland, OH 37320-0000 |
| 519011622 | | Email/Text: jboehler@shorememorial.org | Nov 04 2021 20:29:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Homeowners Association of Spring Hollow, c/o Simeone & Raynor, LLC, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 519011610 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Angela R. Thomas jeanie@sadeklaw.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cust for Pro Cap 8/ProCapital Mgt II lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Michael R Hahn | on behalf of Creditor Homeowners Association of Spring Hollow mhahn@srnjlawfirm.com |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8