Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–22347–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela R. Thomas
   1684 Tomahawk Ct
   Vineland, NJ 08361–7432

Social Security No.:
   xxx–xx–8066

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           December 21, 2021
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*51* – Certification in Opposition to Certification of Default (related document:50 Creditor's Certification of Default (related document:27 Consent Order filed by Creditor Nissan Motor Acceptance Corporation) filed by Gavin Stewart on behalf of Nissan Motor Acceptance Corporation. Objection deadline is 11/29/2021. (Attachments: # 1 Certification # 2 Exhibit Certification Regarding Post–Petition Payment History # 3 Exhibit Consent Order Resolving Motion For Relief From Stay # 4 Proposed Order # 5 Certificate of Service) filed by Creditor Nissan Motor Acceptance Corporation) filed by Brad J. Sadek on behalf of Angela R. Thomas. (Attachments: # 1 Supplement # 2 Supplement) (Sadek, Brad)

and transact such other business as may properly come before the meeting.


Dated: November 30, 2021
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk