| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Angela R. Thomas<br>                                         Debtor. | Chapter: 13<br><br>Case No.: 20-22347-JNP<br><br>Hearing Date: December 21, 2021<br><br>Judge Jerrold N. Poslusny, Jr. |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, <u>Gavin N. Stewart, Esq.</u>,

   x    am the attorney for: **Nissan Motor Acceptance Corporation**
   ☐    am self-represented

   Phone number: **813-371-1231**

   Email address: **gavin@stewartlegalgroup.com**

2. I request an adjournment of the following hearing:

   Matter: **Certification of Default (Doc. No. 50)**

   Current hearing date and time: **December 21, 2021 at 11:00AM**

   New date requested: **January 11, 2022 at 11:00AM**

   Reason for adjournment request: **Additional time needed to possibly resolve the Certification by including the full claim in the Plan.**

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   Confirmation has been adjourned ___ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   **X I have the consent of all parties.**

   ☐ **I do not have the consent of all parties** (explain below): **Requested but not yet received as of the date of submission. The request is being submitted to meet the required timeframe for adjournment requests.**

I certify under penalty of perjury that the foregoing is true.

Date:       December 17, 2021              /s/Gavin N. Stewart
                                            Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 1/11/2022 at 11          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*