UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SADEK & COOPER
1315 Walnut Street, Ste 502
Philadelphia, PA 19107
(856) 890-9003; FAX (215) 545-0611
Attorney(s) for Debtor

| | |
|---|---|
| In Re:<br><br> Angela R. Thomas | Case No.:     20-22347 (JNP)<br><br>Judge:     Jerrold N. Poslusnys<br><br>Chapter:     13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒  Motion for Relief from the Automatic Stay filed by _____MidFirst bank_____,

creditor,

A hearing has been scheduled for _____February 1, 2022_____, at _11:00 am_.

☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

☐  Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:
Debtor had COVID twice and her mother (co-debtor on mortrgage) has been
seriously sick requiring Debtor to take unpaid days off. Debtor has $6,907.78 on
hand in order to resolve the arrears for immediate payment. Debtor will resume
regular monthly payments February 1, 2022.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: <u>January 24, 2022</u>                    <u>/s/ Angela R. Thomas</u>
                                                Debtor's Signature

Date: _____              _____
                                                Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*