UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Angela R. Thomas,

Debtor.

Case No.:  20-22347-JNP

Chapter:  13

Hearing Date:  2/1/2022

Judge:  Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motion for Relief re:  1684 Tomahawk Court, Vineland, NJ (Docket # 55)

_____

Date: 1/27/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*