Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 20-22347 (JNP)**

Angela R. Thomas  
1684 Tomahawk Court  
Vineland, NJ  08361-7432

Monthly Payment: $210.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/12/2021 | $96.92 | 01/26/2021 | $96.92 | 02/09/2021 | $96.92 | 02/23/2021 | $96.92 |
| 03/09/2021 | $96.92 | 03/23/2021 | $96.92 | 04/06/2021 | $96.92 | 04/20/2021 | $96.92 |
| 05/04/2021 | $96.92 | 05/18/2021 | $96.92 | 06/02/2021 | $96.92 | 06/15/2021 | $96.92 |
| 06/29/2021 | $96.92 | 10/15/2021 | $210.00 | 11/30/2021 | $96.92 | 12/14/2021 | $96.92 |
| 12/28/2021 | $96.92 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANGELA R. THOMAS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $3,750.00 | $1,441.09 | $2,308.91 | $0.00 |
| 1 | ARCADIA RECOVERY BUREAU | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC MEDICAL IMAGING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTICARE REGIONAL MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CBE GROU | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITY OF VINELAND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | HOMEOWNERS ASSOCIATION OF SPRING HOLLOW | 24 | $794.61 | $0.00 | $794.61 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JMPCB CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | KOHLS DEPARTMENT STORE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | NRS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | NATIONSTAR MORTGAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NATIONWIDE RECOVERY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $818.68 | $0.00 | $818.68 | $0.00 |
| 18 | PINNACLE REALTY SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | RICKART COLLECTION SYSTEMS, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ROBERT M. BROWN, COURT OFFICER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SIMEONE & RAYNOR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | THE LANDIS SEWERAGE AUTHORITY | 28 | $503.19 | $0.00 | $503.19 | $0.00 |
| 26 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | VERIPRO SOLUTIONS, IMNC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | JEANIE D. WIESNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | DEPARTMENT OF THE TREASURY | 33 | $4,105.37 | $0.00 | $4,105.37 | $0.00 |
| 31 | NISSAN MOTOR ACCEPTANCE CORPORATION | 13 | $431.00 | $165.63 | $265.37 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2020 | 9.00 | $0.00 |
| 09/01/2021 | Paid to Date | $1,656.88 |
| 10/01/2021 | 50.00 | $210.00 |
| 12/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,760.72 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $369.70 |
| Arrearages: | $129.24 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**