Eric D. Mann, Esq. 035801986
Paul D. Aaronson, Esq. 023191988
Michael J. Ruffu, Esq. 006692009
HYBERG WHITE & MANN
2111 New Road, Suite 105
Northfield, NJ 08225
(609) 407-1000
Attorneys for Homeowners Association
of Spring Hollow

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| In Re: | Hon. Jerrold N. Poslusny, Jr. |
| ANGELA R. THOMAS, | Chapter 13 |
| | Case No. 20-22347-JNP |
| Debtor(s). | |

### SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Paul Aaronson, Esquire as attorney for creditor, Homeowners Association of Spring Hollow, in the above matter.

HYBERG WHITE & MANN                    SIMEONE & RAYNOR LLC

By: /s/ *Paul Aaronson*                By: _____
    PAUL AARONSON, ESQ.
    Superseding Attorney(s)               Withdrawing Attorney(s)

Dated: 9/23/2022                       Dated: 9/23/22