# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 20-22347 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Angela R. Thomas

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 11/22/2016

I, ____Madison Graspo____, employed as ____Vice President____ by MidFirst Bank, hereby certifies the following information:

Recorded on December 2, 2016 in Cumberland County, in Book 04147, at Page 6374.
Property Address: 1684 Tomahawk Court, Vineland NJ 08361-7432.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Angela R. Thomas

POST-PETITION PAYMENTS (Petition filed on November 02, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | | Agreed Order Entered 02/07/2022 | | | - |
| | | To Suspense | $8,578.81 | 02/16/2022 | $8,578.81 |
| $6,907.78 | | AO Payment | From Suspense | 02/17/2022 | $1,671.03 |
| $1,768.52 | 02/01/2022 | 02/2022 | $3,000.00 | 03/09/2022 | $2,902.51 |
| $1,670.83 | 03/01/2022 | 03/2022 | From Suspense | 04/07/2022 | $1,231.68 |
| $1,670.83 | 04/01/2022 | 04/2022 | $2,100.00 | 05/10/2022 | $1,660.85 |
| $1,660.85 | 05/01/2022 | 05/2022 | From Suspense | 05/24/2022 | $0.00 |
| $1,670.83 | 06/01/2022 | 06/2022 | $1,670.83 | 09/01/2022 | $0.00 |
| $1,670.83 | 07/01/2022 | 07/2022 | $1,670.83 | 09/01/2022 | $0.00 |
| $1,670.83 | 08/01/2022 | 08/2022 | $1,670.83 | 09/01/2022 | $0.00 |
| | | To Suspense | $87.51 | 09/01/2022 | $87.51 |
| $1,670.83 | 09/01/2022 | 09/2022 | $1,680.00 | 09/30/2022 | $96.68 |
| $1,670.83 | 10/01/2022 | | $0.00 | | $96.68 |
| $1,670.83 | 11/01/2022 | | $0.00 | | $96.68 |
| $1,670.83 | 12/01/2022 | | $0.00 | | $96.68 |
| $1,670.83 | 01/01/2023 | | $0.00 | | $96.68 |
| Total Due: $27,045.45 | | Total Received: $20,458.81 | | Arrears: $6,586.64 | |

Continue on attached sheets if necessary.

Monthly payments past due: 4 mos. X $1,670.83
Arrears: $6,586.64
Each current monthly payment is comprised of:
    Principal and Interest: $1,013.41
    R.E. Taxes:             $_____
    Insurance:              $_____
    Other:                  $657.42       (Specify: Escrow)
    TOTAL                   $1,670.83

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC effective 3/1/2021: $1,849.39
NOPC effective 7/1/2021: $1,768.52
NOPC Effective 3/1/2022: $1,670.83

PRE-PETITION ARREARS: $0.00

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 02/01/2023

Signature    Madison Graspo