Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−22347−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela R. Thomas
   1684 Tomahawk Ct
   Vineland, NJ 08361−7432

Social Security No.:
   xxx−xx−8066

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/3/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 3, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 20-22347-JNP
Angela R. Thomas                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: May 03, 2023      Form ID: 148      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela R. Thomas, 1684 Tomahawk Ct, Vineland, NJ 08361-7432 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| 519011601 | | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519011602 | | Atlantic Medical Imaging, LLC, PO Box 1564, Indianapolis, IN 46206-1564 |
| 519011603 | | Atlanticare Regional Medical Center, Jimmie Leeds Rd., Pomona, NJ 08240-0000 |
| 519011605 | | CBE Grou, PO Box 2217, Waterloo, IA 50704-2217 |
| 519011606 | | CIty Of Vineland, PO Box 1508, Vineland, NJ 08362-1508 |
| 519011608 | | HOA of Spring Hollow, 36 S Main St, Pleasantville, NJ 08232-2728 |
| 519019441 | + | Homeowners Association of Spring Hollow, c/o Simeone & Raynor, LLC, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 519012679 | | Mildred Green, 56 Columbia Ave, Vineland, NJ 08360-4845 |
| 519011618 | + | Pinnacle Realty Service, 151 Fries Mill Rd Ste 502, Turnersville, NJ 08012-2078 |
| 519011619 | | Rickart Collection Systems, Inc., PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519011620 | | Robert M. Brown, Court Officer, PO Box 2355, Vineland, NJ 08362-2355 |
| 519011621 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 519011623 | | Simeone & Raynor, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 519011624 | + | South Jersey Gas, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 519011625 | + | The Landis Sewerage Authority, 1776 S Mill Rd, Vineland, NJ 08360-6200 |
| 519011626 | + | Veripro Solutions, Imnc., PO Box 3572, Coppell, TX 75019-5538 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 03 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 03 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | EDI: AISMIDFIRST | May 04 2023 00:23:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519011601 | ^ | MEBN | May 03 2023 20:34:19 | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 519011604 | | EDI: BANKAMER.COM | May 04 2023 00:23:00 | Bank of America, POB 982235, El Paso, TX 79998-2235 |
| 519011605 | ^ | MEBN | May 03 2023 20:33:49 | CBE Grou, PO Box 2217, Waterloo, IA 50704-2217 |
| 519011607 | | Email/PDF: creditonebknotifications@resurgent.com | May 03 2023 20:48:42 | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 519011609 | | EDI: IRS.COM | May 04 2023 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519011611 | | EDI: JPMORGANCHASE | May 04 2023 00:23:00 | JMPCB Card Services, PO Box 15369, |

Case 20-22347-JNP    Doc 81    Filed 05/05/23    Entered 05/06/23 00:16:58    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: 148 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilmington, DE 19850-5369 |
| 519011612 | + | Email/Text: PBNCNotifications@peritusservices.com | May 03 2023 20:37:00 | KOHLS Department Store, POB 3115, Milwaukee, WI 53201-3115 |
| 519057564 | + | EDI: AISMIDFIRST | May 04 2023 00:23:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519011613 | + | EDI: AISMIDFIRST | May 04 2023 00:23:00 | Midland Mortgage Co., POB 268959, Oklahoma City, OK 73126-8959 |
| 519011617 | | Email/Text: paula.tilley@nrsagency.com | May 03 2023 20:37:00 | NRS, 545 W Inman St, Cleveland, TN 37311 |
| 519011615 | | Email/Text: paula.tilley@nrsagency.com | May 03 2023 20:37:00 | Nationwide Recovery, POB 8005, Cleveland, OH 37320-0000 |
| 519011614 | | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2023 20:38:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519011616 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 03 2023 20:38:00 | Nissan Motor Acceptance, PO Box 660366, Dallas, TX 75266-0366 |
| 519754994 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 03 2023 20:38:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519040121 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 03 2023 20:38:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519011622 | | Email/Text: jboehler@shorememorial.org | May 03 2023 20:39:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Homeowners Association of Spring Hollow, c/o Simeone & Raynor, LLC, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 519011610 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2023             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Debtor Angela R. Thomas bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: May 03, 2023 | Form ID: 148 | Total Noticed: 35

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeanie D. Wiesner
    on behalf of Debtor Angela R. Thomas jeanie@sadeklaw.com

Linda S. Fossi
    on behalf of Creditor US Bank Cust for Pro Cap 8/ProCapital Mgt II lfossi@zeitzlawfirm.com
    gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8

Case 20-22347-JNP    Doc 81    Filed 05/05/23    Entered 05/06/23 00:16:58    Desc Imaged
Certificate of Notice    Page 4 of 4